UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __26-mj-8087-BER__

UNITED STATES OF AMERICA

v.

WOLSON JEAN,

        **Defendant.**

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   ☐ Yes  ☑ No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: *Katie Wilson*
KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   1026417
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 209-1043
Fax:   (561) 820-8777
Email:   Katie.Sadlo@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| WOLSON JEAN, | ) | Case No. 26-mj-8087-BER |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 30, 2026__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2) | Attempted Sex Trafficking of a Child |

FILED BY _____TM_____ D.C.

**Feb 1, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Antony E. Diez, Special Agent HSI
_Printed name and title_

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P.4 (d) and 4.1.

Date: 2/1/2026

Bruce Reinhart
Digitally signed by Bruce Reinhart
Date: 2026.02.01 10:04:13 -05'00'

_Judge's signature_

City and state: West Palm Beach, FL

Bruce E. Reinhart, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Antony E. Diez, having been duly sworn, hereby depose and state:

## AGENT BACKGROUND

1. I am a Special Agent with the United States Homeland Security Investigations (HSI), Department of Homeland Security and have been employed by the U.S. Government as a Special Agent since December 5, 2011. My primary duties are the investigation of violations of Titles 8, 18, 19, and 21 of the United States Code. As such, I have received specialized training in immigration laws, fraudulent schemes, alien smuggling, transporting narcotics, dangerous drugs, child exploitation, and other contraband prohibited by law. As a Special Agent with Homeland Security Investigations, I have gained this knowledge as a result of both professional training and professional experience. I have also completed additional specialized training at the Federal Law Enforcement Training Center in Glynco, Georgia which included extensive training in child exploitative investigations. My past law enforcement experience includes approximately three years as a Department of the Army Police Officer and three additional years as a Commissioned Officer in the United States Army Military Police Corps. I hold a bachelor's degree in Criminal Justice from Florida International University.

2. Among my responsibilities as a Special Agent are investigating crimes related to human trafficking and crimes against children, particularly offenses involving enticement of and exploitation of children, including but not limited to matters related to the sexual exploitation of minors. I have attended and received specialized training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving human trafficking, human smuggling, and the exploitation of children.

3.	From my training and experience, I know that individuals are trafficked for several purposes. Some forms of human trafficking involve involuntary servitude, peonage, debt bondage and slavery. Victims are often trafficked by force, fraud, and/or coercion. I am familiar with the federal laws regarding human trafficking, including 18 U.S.C. §§ 1591 and 1594 (Sex Trafficking).

4.	This affidavit is submitted in support of a criminal complaint and arrest warrant charging **Wolson JEAN** (hereinafter "JEAN") with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2).

5.	This affidavit is based on my firsthand knowledge of the investigation as well as information obtained from other members of law enforcement involved in the investigation. This affidavit does not include every fact known to me about the investigation, but rather only those facts I believe are sufficient to establish probable cause.

## STATEMENT OF FACTS

6.	Beginning in January 2026, law enforcement agents posted an advertisement (the "Advertisement") on a website commonly used to advertise commercial sex acts.[1] The Advertisement indicated that the poster was in the area of West Palm Beach. The Advertisement contained images of what appeared to be a young female and the following language:

> Sweet Petite Treat **Incall Only**
> I AM A WOMAN seeking men only
> Experienced and FUN! Ready Now!
> No games!! 420 Friendly!
> No Cops!  No deposits!
> Text or Call

---

[1] Based on my training and experience, I know that the Internet is a global network of computers, which is a means and facility of interstate commerce. I also know that the website on which the Advertisement was posted is maintained by an entity that is located outside of the United States, and the advertisements posted on that website are viewable outside of Florida.

7.     The Advertisement indicated that the person who would perform commercial sex acts was 51 years old.[2] The Advertisement also contained a contact phone number (the "Advertisement Number"). Law enforcement agents monitored this line, and an undercover agent ("UC1") used it to communicate with potential sex buyers.

8.     On or about January 29, 2026, the Advertisement Number received a text message from a phone number ending in 8170 (the "8170 Number"), later identified as JEAN's number, that stated "Hi" and "I'm ok, I wanna meet you love." Thereafter, UC1 and JEAN engaged in a text conversation as contained in the below chart.[3] It should be noted that during the text conversation, UC1 stated that he/she had a minor girl, age 15 years old, available to perform sex acts in exchange for money. JEAN, using the 8170 Number, agreed to pay $60 for 10 minutes of sex with the fictitious 15-year-old girl. Specifically, when JEAN was asked what he wanted, JEAN replied, "Just fuck love".

| Direction | Content |
|---|---|
| JEAN | Hi |
| UC1 | hey love |
| JEAN | How are you |
| UC1 | good how are u |
| JEAN | I'm ok, I wanna meet you love |
| UC1 | the girl in the ad is my homegirl babe. she is free |
| JEAN | What do you mean |
| UC1 | shes available |

---

[2] The law enforcement agents used a website that is known for containing prostitution advertisements but requires users to be at least 18 years old. Based on my training and experience, I know that this website and others like it have been used by traffickers to advertise the commercial sex acts of children under the age of 18.

[3] Named and specific locations have been omitted to protect the investigation.

| Direction | Content |
|---|---|
| JEAN | So How I can meet her |
| UC1 | incall only babe. what service u looking for? and gotta video verify with us. serious clients only love shes younger |
| JEAN | I wanna fuck |
| UC1 | okay love. qv 120, 30 min 160, 1hr 220 |
| UC1 | if u wanna fuck bareback thats a lil extra. shes 15 |
| JEAN | Is she suck dick well ? |
| UC1 | yeah babe shes good |
| JEAN | How about 60 $ honey for qv |
| UC1 | babe her qv is usually 120. shes more cause her age. can u do more? thats way cheap for her love |
| JEAN | No that's too much for me love |
| UC1 | what do u want for just $60 then babe |
| JEAN | Just fuck love |
| UC1 | what time? |
| JEAN | Just 10 minutes |
| UC1 | we have to video verify first babe |
| JEAN | No problem |
| JEAN | Just make a video ? |
| UC1 | no love like a facetime video call |
| UC1 | me and her can video call u. just wanna make sure ur not police |
| JEAN | All right |
| UC1 | can i facetime u on this number |
| JEAN | Yes |
| UC1 | okay love we'll call u in a few minutes |
| JEAN | 10mn |
| UC1 | we are free to call u when ur ready babe |
| JEAN | Yes |
| JEAN | I'm on my way can you send me the address |

4

| Direction | Content |
|---|---|
| UC1 | let me know when ur in the area of northlake and military |
| JEAN | Love can we meet tomorrow, I prefer tomorrow, it's ganna take me 46 minutes to get there, it's ganna easy for me cause I'm working there I'll be close you |
| UC1 | okay baby see tomorrow like later in the day |
| JEAN | Like 4 pm? |
| UC1 | sure babe text me tomorrow |
| JEAN | All right I will |

9. On January 29, 2026, a video call occurred between UC1 and JEAN. The conversation was conducted in the English language. During the call, JEAN showed no signs of misunderstanding the language and was able to communicate with UC1 without assistance of any translation devices. During the conversation, UC1 reminded JEAN that the girl is 15 years old and advised that he could not leave any marks on her. JEAN agreed. UC1 also asked how much time JEAN would spend with the girl, and JEAN said 10 minutes.

10. On January 30, 2026, JEAN and UC1 engaged in the following text conversation:

| Direction | Content |
|---|---|
| JEAN | Just arrived |
| UC1 | Hey babe go to [location omitted] she is getting out of the shower so just give me 5 mins till she is done |
| UC1 | i will send u the address as soon as she get out of the shower |
| UC1 | u good babe? |
| JEAN | Yeah just waiting are you ready ? |
| UC1 | yeah babe sorry the address is [location omitted] its across from the store |
| UC1 | go to the pool area i will go to the parking lot and get what are u driving so i can look out for u? |
|  | ** Unanswered call from JEAN to UC1** |
| JEAN | I'm outside |

| Direction | Content |
| --- | --- |
| JEAN | The map dive me at the rong place bby |
| UC1 | ok babe we are waiting |
| UC1 | just let me know when ur at the clubhouse love i will come get u |
| JEAN | I'm outside |
| UC1 | hey babe what color car ? |
| UC1 | are u at the clubhouse? |
| JEAN | gray color |
| UC1 | ur not at the clubhouse? |
| JEAN | I latterly can't find you |
| UC1 | u passed me 3 times already |
| JEAN | You see me |
| UC1 | u passed the clubhouse 3 times i dont see u now are u driving or stopped? |
| JEAN | I spopped |
| JEAN | I can't find you 😟 that thing divided me in the bad place |
| UC1 | put ur blinkers on i will go get u in my car |
| UC1 | on my way to u |
| JEAN | You walking ? |
| UC1 | no in my car gonna look for u |
| UC1 | are u closer to the back ? |
| UC1 | just wait for me  im driving around lookin for u |
| JEAN | Yeah in the parking pack |
| UC1 | ok driving looking for u |
| JEAN | By the parking |
| UC1 | ok looking for u now babe |
| UC1 | im looking for u |
| JEAN | Just got there bby |

11. On January 30, 2026, another video call occurred between UC1 and JEAN. During the video call, JEAN confirmed he would pay $60.00 for vaginal sex. Later that same day, JEAN arrived at a pre-determined location in the greater West Palm Beach area driving a 2013 gray Toyota Camry. Upon JEAN's arrival, law enforcement officers who were set up nearby arrested JEAN.

12. JEAN was transported to a different location where he was interviewed. Prior to beginning the interrogation, JEAN was advised that he was under arrest and asked to provide his biographical information and phone number. JEAN indicated that the 8170 Number was his phone number.

13. During the post-arrest interview, law enforcement attempted to advise JEAN of his Miranda rights in the English language. JEAN alleged that he did not clearly understand the questions in English and indicated he would prefer a Haitian Creole translator. The interview was briefly paused to locate a law enforcement officer who could translate in the Haitian Creole language. JEAN was subsequently advised of his Miranda rights in Haitian Creole and confirmed he understood his rights. JEAN was also given a Miranda rights waiver form in Haitian Creole. After reviewing the form, JEAN again confirmed he understood his rights.

14. During his interview, JEAN stated that approximately two days ago, a friend of his told him how to meet people online. JEAN stated that yesterday (January 29, 2026) he was looking online and found an advertisement on a website. JEAN originally claimed he went to the website to search for celibate women but later explained that he went to the website looking for a woman to have sex with for money. JEAN admitted that he has paid for sex in the United States once previously and that he paid for the sex via the Zelle application on his phone.

15. JEAN explained that he messaged the number from the ad using his Apple iPhone 12, which he confirmed is tied to the 8170 Number, and began communicating with the female (UC1).[4] JEAN stated that they messaged back and forth to discuss pricing and services. JEAN admitted that he was told that the girl he would be having sex with was 15-16 years old. JEAN stated that the initial pricing was $120 USD for 15-minutes but that he negotiated and agreed to pay $60 USD to have sex with the girl utilizing a condom. JEAN stated that although they agreed on the price, they didn't agree on the form of payment, but that he assumed he would pay using Zelle like he had done previously. JEAN further admitted that he intended to engage in sexual activity, including intercourse, with the 15-16 year old girl on the night of his arrest and that he brought a condom with him to the meeting.

---

[4] JEAN clarified that the account for the phone is in his brother's name, but that he is the sole user of the phone. He also provided verbal consent to search his phone and provided the passcode.

**CONCLUSION**

16. Based on the foregoing, I respectfully submit that there is probable cause to support a criminal complaint charging JEAN with Attempted Sex Trafficking of a Child, in violation of 18 U.S.C. §§ 1594(a), 1591(a)(1) and 1591(b)(2).


FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Antony Diez, Special Agent
Homeland Security Investigations


Sworn and attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 1st day of February 2026.

Bruce Reinhart
Digitally signed by Bruce Reinhart
Date: 2026.02.01 10:04:33 -05'00'

_____
HON. BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**:   WOLSON JEAN

**Case No**: _____

Attempted Sex Trafficking of a Child

18 U.S.C. §§ 1594(a), 1591(a)(1), and 1591(b)(2)

* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Minimum 5 years to life
* **Max. Fine:** $250,000
* **Special Assessment**: $100.00

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.